UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**DEL D LUDLAM #3076882**      **CASE NO. 3:25-CV-00908 SEC P**

**VERSUS**      **JUDGE TERRY A. DOUGHTY**

**OUACHITA CORRECTIONAL CENTER ET AL**      **MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

After considering the Report and Recommendation of the Magistrate Judge [Doc. No. 8], together with Plaintiff's written and filed objections thereto [Doc. No. 10], and after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff, Del D. Ludlam's claims (1) against OCC and Mrs. Green, (2) that he was denied a doctor visit for his shingles, and (3) that he did not receive Valtrex three times daily are **DISMISSED WITH PREJUDICE** as they are legally frivolous and fail to state claims on which relief may be granted.

MONROE, LOUISIANA, this 18th day of September 2025.

_____
Terry A. Doughty
United States District Judge